UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-13007 |
| --- | --- | --- |
| Brian Moser | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 13**

This matter coming before the Court on the Debtor's Motion to Convert Case to Chapter 13,

IT IS HEREBY ORDERED the the Motion is granted, and the above-captioned case is converted to a case under chapter 13.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 18, 2025

**Prepared by:**

Cutler & Associates, Ltd
41431 Main St
Skokie, IL 60076
847-673-8600