| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Brian Joseph Moser**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1617<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed in chapter: 7   9/3/21 |
| Case number: | 23–13007 | Date case converted to chapter: 13   4/18/25 |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian Joseph Moser | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 334 Spruce Street<br>Bartlett, IL 60103 | |
| 4. | **Debtor's attorney**<br>Name and address | John J Lynch<br>Lynch Law, LLC<br>429 N Weber Rd Ste B PMB 111<br>Romeoville, IL 60446 | Contact phone 630–960–4700<br>Email: jlynch@lynch4law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 4/22/25 |

**For more information, see page 2**

Debtor **Brian Joseph Moser**                                           Case number **23–13007**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 28, 2025 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 388 782 3554, and Passcode 4113122038, OR call 1-872-282-6946**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/28/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/27/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/27/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The hearing on confirmation will be held on: **6/27/25** at **10:00 AM** , Location: **Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 160 731 2971 and passcode 587656.**<br>The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>**The Disclosure of Compensation has not been filed at this time**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  
Brian Joseph Moser  
    Debtor

Case No. 23-13007-JSB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 4  
Date Rcvd: Apr 22, 2025      Form ID: 309I      Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brian Joseph Moser, 334 Spruce Street, Bartlett, IL 60103 |
| aty | + | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076-2780 |
| 30456103 | + | AMITA Health, 1000 Remington Blvd Suite 110, Bolingbrook, Il 60440-4708 |
| 30456102 | + | Amita Health, PO Box 1259 Dept 158106, Oaks, PA 19456-1259 |
| 30456107 | | Barrington Orthopedic Specialists, PO Box 14000, Attn. #20796Y, Belfast, ME 04915-4033 |
| 30456127 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 30456155 | | Wf/hotels, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jlynch@lynch4law.com | Apr 23 2025 00:23:00 | John J Lynch, Lynch Law, LLC, 429 N Weber Rd Ste B PMB 111, Romeoville, IL 60446 |
| tr | + | Email/Text: mcguckin_m@lisle13.com | Apr 23 2025 00:24:00 | Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-4350 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Apr 23 2025 00:25:00 | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |
| ustact | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Apr 23 2025 00:25:00 | Adam Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |
| 30456094 | + | EDI: AISACG.COM | Apr 23 2025 03:40:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 30456095 | + | EDI: AISACG.COM | Apr 23 2025 03:40:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 30456096 | + | EDI: GMACFS.COM | Apr 23 2025 03:40:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 30456097 | + | Email/Text: bkfilings@zwickerpc.com | Apr 23 2025 00:26:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 30456098 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 01:02:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 30456100 | + | Email/Text: bkfilings@zwickerpc.com | Apr 23 2025 00:26:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., P.O. Box 9043, Andover, MA 01810-0943 |
| 30456099 | + | Email/Text: bkfilings@zwickerpc.com | Apr 23 2025 00:26:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |

Case 23-13007   Doc 25   Filed 04/24/25   Entered 04/24/25 23:17:12   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0752-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 309I | Total Noticed: 65 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 30456101 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 00:39:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 30456104 | | EDI: BANKAMER | Apr 23 2025 03:40:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 30456105 | + | EDI: BANKAMER2 | Apr 23 2025 03:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 30456106 | + | EDI: TSYS2 | Apr 23 2025 03:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 30456108 | + | EDI: CAPITALONE.COM | Apr 23 2025 03:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30456109 | + | EDI: AIS.COM | Apr 23 2025 03:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30456112 | + | EDI: CAPITALONE.COM | Apr 23 2025 03:40:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30456113 | + | EDI: JPMORGANCHASE | Apr 23 2025 03:40:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 30456115 | + | EDI: CITICORP | Apr 23 2025 03:40:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 30456116 | | EDI: CITICORP | Apr 23 2025 03:40:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 30456117 | | EDI: CITICORP | Apr 23 2025 03:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 30456118 | + | EDI: WFNNB.COM | Apr 23 2025 03:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30456119 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2025 00:39:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 30456120 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 23 2025 00:25:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 30456121 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 23 2025 00:25:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE, 68197 |
| 30456122 | + | EDI: AMINFOFP.COM | Apr 23 2025 03:40:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 30456123 | | Email/Text: rev.bankruptcy@illinois.gov | Apr 23 2025 00:26:00 | Illinois Department of Revenue, Bankruptcy Section, PO Box 19035, Springfield, IL 62794-9035 |
| 30456124 | | EDI: IRS.COM | Apr 23 2025 03:40:00 | Internal Revenue Service (IRS), PO Box 7346, Philadelphia, PA 19101-7346 |
| 30804289 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 23 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC c/o National Bankruptcy Services, L, P.O. Box 9013, Addison, Texas 75001-9013 |
| 30456125 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 23 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 30456128 | + | EDI: CAPITALONE.COM | Apr 23 2025 03:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 30456129 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 00:39:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30456130 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 00:26:00 | Midland Credit Management ,INC, PO BOX 2037, Warren MI 48090-2037 |
| 30456131 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2025 00:24:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, |

Case 23-13007   Doc 25   Filed 04/24/25   Entered 04/24/25 23:17:12   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0752-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 309I | Total Noticed: 65 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Dallas, TX 75261-9098 |
| 30456134 | | Email/PDF: bankruptcy_prod@navient.com | Apr 23 2025 00:39:45 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 30456132 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2025 00:24:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn Bankruptcy Dept, P O Box 619096, Dallas, TX 75261-9096 |
| 30456133 | | EDI: MAXMSAIDV | Apr 23 2025 03:40:00 | Navient, PO Box 4450, Portland, OR 97208-4450 |
| 30456138 | | EDI: PRA.COM | Apr 23 2025 03:40:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 30456135 | | EDI: PRA.COM | Apr 23 2025 03:40:00 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 30456137 | | EDI: PRA.COM | Apr 23 2025 03:40:00 | Portfolio Recovery Associates, LLC, c/o Menards, POB 41067, Norfolk VA 23541 |
| 30456136 | | EDI: PRA.COM | Apr 23 2025 03:40:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 30456139 | + | EDI: JEFFERSONCAP.COM | Apr 23 2025 03:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 30456140 | | EDI: Q3G.COM | Apr 23 2025 03:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 30456141 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 23 2025 00:26:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 30456142 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 23 2025 00:26:00 | Santander Consumer USA Inc., an Illinois corporation, d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 30456143 | + | EDI: SYNC | Apr 23 2025 03:40:00 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30456144 | + | EDI: SYNC | Apr 23 2025 03:40:00 | Syncb/Jewerly TV, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30456145 | + | EDI: SYNC | Apr 23 2025 03:40:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30456146 | + | EDI: AISACG.COM | Apr 23 2025 03:40:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30456147 | + | EDI: SYNC | Apr 23 2025 03:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30456148 | + | EDI: SYNC | Apr 23 2025 03:40:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 30456150 | + | Email/Text: bncmail@w-legal.com | Apr 23 2025 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 30456149 | + | EDI: WTRRNBANK.COM | Apr 23 2025 03:40:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 30456151 | ^ | MEBN | Apr 23 2025 00:20:33 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 30456152 | ^ | MEBN | Apr 23 2025 00:16:09 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 30456154 | | Email/Text: bankruptcy_notices@wgresorts.com | Apr 23 2025 00:24:00 | Westgate Resorts Ltd, 5601 Windhover Drive, Orlando, FL 32819 |
| 30456153 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 23 2025 00:39:55 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0752-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 309I | Total Noticed: 65 |
| TOTAL: 58 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30886797 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 30456110 | *+ | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30456111 | *+ | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30804295 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC c/o National Bankruptcy Services, L, P.O. Box 9013, Addison, Texas 75001-9013 |
| 30456126 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Brief | Ustpregion11.es.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Brian Joseph Moser cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Glenn B Stearns | stearns_g@lisle13.com |
| John J Lynch | on behalf of Debtor 1 Brian Joseph Moser jlynch@lynch4law.com  flynch@lynch4law.com;r44065@notify.bestcase.com |
| Thomas E Springer | on behalf of Trustee Thomas E Springer tspringer@springerbrown.com  aoloughlin@springerbrown.com |

TOTAL: 5